
 
 
 
 1
  Grand Junction Peace Officers' Association, a/k/a Grand Junction Police Officers' FOP Lodge 68, on behalf of its members and on behalf of all others similarly situated, Petitioner  v.  City of Grand Junction; Claudia Hazelhurst, in her individual and official capacity; Jodilyn Romero, n/k/a Jodilyn Welch in her individual and official capacity; and Gregory Caton, in his individual and official capacity. Respondents No. 24SC604Supreme Court of Colorado, En BancMarch 17, 2025

 Court
 of Appeals Case No. 23CA1704

 Petition
 for Writ of Certiorari DENIED.

 
